IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAVIER AVALOS, | ) | No. C 06-2113 MMC (PR) |
| Petitioner, | ) ) | **ORDER DENYING CERTIFICATE OF APPEALABILITY; DIRECTIONS TO CLERK** |
| v. | ) ) | |
| A. KANE, et al., Warden, | ) ) | |
| Respondent. | ) | (Docket No. 19) |
| _____ | ) | |

On March 22, 2006, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 22, 2009, the Court denied the petition on the merits.

Petitioner has now filed a request for a certificate of appealability. Petitioner has not shown, however, "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000). Accordingly, the request for a certificate of appealability is hereby DENIED.

1  The Clerk shall forward this order, along with the case file, to the United States Court
2  of Appeals for the Ninth Circuit, from which petitioner may also seek a certificate of
3  appealability.  <u>See</u> <u>United States v. Asrar</u>, 116 F.3d 1268, 1270 (9th Cir. 1997).

4  This order terminates Docket No. 19.

5  **IT IS SO ORDERED.**

6  DATED: April 13, 2009

_____
MAXINE M. CHESNEY
United States District Judge